468 A.2d 828

Commonwealth v. Bailey, Appellant.

Submitted June 7, 1983. John A. Halley, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

572

Before CERCONE, President Judge, SPAETH and HESTER, JJ.

Order affirmed.